ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
 Social Security Administration
 Program Litigation 1
 Law & Policy
 6401 Security Boulevard
 Baltimore, MD 21235
 Telephone: (510) 970-4818
 Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ALATORRE, | Civil No. 2:25-cv-03627-JDP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

  The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

  1. Defendant's response to Plaintiff's Complaint is due currently February 17, 2026. Defendant has not previously requested an extension of this deadline.

  2. An extension of 14 days should give sufficient time to finalize the electronic certified administrative records (eCARs) in this case. For the past few months, we have had a major backlog in obtaining transcriptions of hearing recordings throughout all of the Division of Civil Actions because during the lapse of appropriations we were unable to pay our transcription contractors to keep working. Since funding was restored our transcription contractors have been working at capacity and have not been

able to keep up with our transcription requests, which include backlogged cases as well as the new case filings.

3.      Given this situation Defendant requests an extension of 14 days to respond to Plaintiff's Complaint.

4.      Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

5.      This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until March 3, 2026, respond to Plaintiff's Complaint.

`                                    Respectfully submitted,

Date: _February 13, 2026_                         ERIC GRANT
                                                   United States Attorney
                                                   MATHEW W. PILE
                                                   Head of Program Litigation 1
                                            By:    _s/ Oscar Gonzalez de Llano_
                                                   OSCAR GONZALEZ de LLANO
                                                   Special Assistant United States Attorney
                                                   Attorneys for Defendant

Date: _February 13, 2026_                   By:    _s/ Francesco Paulo Benavides_
                                                   Francesco Paulo Benavides
                                                   Law Offices of Francesco Benavides
                                                   Attorney for Plaintiff
                                                   (*as authorized by email)

                                    ORDER

IT IS SO ORDERED.

Dated:    February 13, 2026            _____
                                       JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE